IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR278 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE MACHADO-URIARTE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the oral motion of defendant to seal the petition to enter a plea, the plea agreement, and the transcript of the Rule 11 hearing. The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the petition to enter a plea, the plea agreement, and the transcript of the Rule 11 hearing, if one is prepared, shall be sealed until further order of this Court.

DATED this 10th day of January, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court